IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00652-PAB-KLM

ADRIANNE GUTIERREZ,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, doing business as U.S. Bank Home Mortgage,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Stipulated Protective Order** [#14] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Rule 502(d) Order [#14-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: August 20, 2015