IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00652-PAB-KLM

ADRIANNE GUTIERREZ,
　　　Plaintiff

v.

U.S. BANK NATIONAL ASSOCIATION, d/b/a U.S. Bank Home Mortgage
　　　Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

　　　Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation or privilege and/or protected information before production.

| | |
|---|---|
| Scott F. Reese | Erin A. Webber |
| Scott F. Reese, P.C. | Katherine R. Hinde |
| 795 W. Birch Court, Suite 100 | Littler Mendelson, P.C. |
| Louisville, CO 80027 | 1900 16th Street, Suite 800 |
| Phone: 303-665-4448 | Denver, CO 80202 |
| | Phone: 303.629.6200 |

**SO ORDERED**

Dated: 8/20/15

_____
Hon. Kristen L. Mix
United States Magistrate Judge