IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00652-PAB-KLM

ADRIANNE GUTIERREZ,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, doing business as U.S. Bank Home Mortgage,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order** [#20] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The discovery deadline is extended to **April 8, 2016**. The dispositive motions deadline is extended to **April 25, 2016**.

    Dated:  February 25, 2016